# PHILIP MORRIS USA INC. *v.* WILLIAMS, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLIAMS, DECEASED

No. 07–1216.   Argued December 3, 2008—Decided March 31, 2009

*Stephen M. Shapiro* argued the cause for petitioner.   With him on the briefs were *Andrew L. Frey, Andrew H. Schapiro, Lauren R. Goldman, Kenneth S. Geller, Miguel A. Estrada, Theodore J. Boutrous, Jr., David J. Debold, Kenneth S. Geller, William F. Gary,* and *Sharon A. Rudnick.*

*Robert S. Peck* argued the cause for respondent.   With him on the brief were *James S. Coon, Raymond F. Thomas, William A. Gaylord, Charles S. Tauman, Maureen Leonard,* and *Kathryn H. Clarke.\**

---

*Briefs of *amici curiae* urging reversal were filed for Associated Oregon Industries et al. by *Thomas W. Brown* and *Joel S. DeVore;* for the Chamber of Commerce of the United States of America by *Jonathan D. Hacker, Irving L. Gornstein, Robin S. Conrad,* and *Amar D. Sarwal;* for the National Association of Manufacturers by *Francis R. Ortiz, Jan S. Amundson,* and *Quentin Riegel;* for the National Association of Mutual Insurance Companies by *Sheila L. Birnbaum, Douglas W. Dunham,* and *Ellen P. Quackenbos;* for the Pacific Legal Foundation by *Timothy Sandefur* and *Deborah J. La Fetra;* and for the Washington Legal Foundation et al. by *Arvin Maskin, Konrad Cailteux, Daniel J. Popeo,* and *Paul D. Kamenar.*

Briefs of *amici curiae* urging affirmance were filed for Federal Procedure Scholars by *Erwin Chemerinsky;* for Public Justice, P. C., et al. by *Elizabeth J. Cabraser* and *Steven E. Fineman;* and for the Oregon Trial Lawyers Association by *Meagan A. Flynn.*

Briefs of *amici curiae* were filed for the State of Oregon et al. by *Hardy Myers,* Attorney General of Oregon, *Peter Shepherd,* Deputy Attorney General, *Mary H. Williams,* Solicitor General, and *Janet A. Metcalf,* Assistant Attorney General, and by the Attorneys General for their respective States as follows: *Joseph R. Biden III* of Delaware, *Douglas F. Gansler* of Maryland, *Jim Hood* of Mississippi, *Gary King* of New Mexico,

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*

*Henry D. McMaster* of South Carolina, *Robert E. Cooper, Jr.,* of Tennessee, and *Bruce A. Salzburg* of Wyoming; for the Criminal Justice Legal Foundation by *Kent S. Scheidegger;* and for Retired Oregon Supreme Court Justice Susan M. Leeson et al. by *Scott A. Shorr* and *Robert K. Udziela.*